UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Ahmad Rashid Lewis,

        Defendant.

_____/

Criminal No. 16-CR-20003

Hon. Judith E. Levy

## Exhibit List

1. Medical Records (Under Seal)
2. Inmate History/Recidivism Score
3. Request for Sentence Reduction
4. Denial from Warden